# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

## PRO SE PRISONER CIVIL RIGHTS COMPLAINT

**FILED**
JAN 0 9 2023
BONNIE HACKLER
Clerk, U.S. District Court
By_____
Deputy Clerk

Christopher Thomas Singleton
*Plaintiff's full name (Please print)*

v.

Case No. CIV-24-8-JFH
*(To be filled out by Clerk's Office only)*

McIntosh County Criminal Justice Center, Municipality (Et.Al)
*Defendant(s)' full name (Please print)*

Kevin Ledbetter (sheriff) (individual)
Monica Smith (individual) (Jail Admin)
Mary Martin (individual)

*For additional names please write "see attached" in the space above and attach an additional sheet of paper with the full list of names.* **The names listed in the above caption must be identical to those contained in Section IV, pursuant to Fed. R. Civ. P. 10(a).**

---

**NOTICE**

Federal Rule of Civil Procedure 5.2 and Local Civil Rule 5.3 address the privacy and security concerns resulting from public access to electronic court files. Under these rules, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Each claim you raise must be properly exhausted.** If the evidence shows that you did not fully comply with an available prison grievance process prior to filing this lawsuit, the court may dismiss the unexhausted claim(s) or grant judgment against you. See 42 U.S.C. 1997e(a).

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

## I. JURISDICTION

*Indicate below the federal legal basis for your claim, if known.*

☒ 42 U.S.C. § 1983 (state, county, or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

## II. PLAINTIFF INFORMATION

Christopher Thomas Singleton — 
*Full name* / *Aliases*

115534
*Prisoner ID #*

McIntosh County Criminal Justice Center
*Place of Detention/Incarnation*

1425 Industrial Dr
*Institutional Address*

Eufaula / OK / 74432
*City* / *State* / *Zip Code*

## III. PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☒ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☐ Convicted and sentenced state prisoner
☐ Convicted and sentenced federal prisoner

## IV. DEFENDANT(S)' INFORMATION

*List the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained on the first pate. Attach additional sheets of paper as necessary. Do not write on the backs of any additional sheets. See Local Civil Rule 5.2(a).*

Defendant 1:  McIntosh County Criminal Justice center (ET.AL)
*Full Name*

Municipality
*Current Job Title*

110 N.W. 1st Street
*Current Work Address*

Eufaula                              OK              74432
*City*                               *State*         *Zip Code*


Defendant 2:  Kevin Ledbetter
*Full Name*

Sherriff
*Current Job Title*

1425 Industrial Dr
*Current Work Address*

Eufaula                              OK              74432
*City*                               *State*         *Zip Code*


Rev. 07/2019                                                           3

Defendant 3: Monica Smith
*Full Name*

Jail Administrator
*Current Job Title*

1425 Industrial Dr.
*Current Work Address*

| Eufaula | OK | 74432 |
|---|---|---|
| City | State | Zip Code |

Defendant 4: Mary Martin
*Full Name*

Asst. Jail Administrator
*Current Job Title*

1425 Industrial Dr
*Current Work Address*

| Eufaula | OK | 74432 |
|---|---|---|
| City | State | Zip Code |

Defendant 5:

*Full Name*

*Current Job Title*

*Current Work Address*

| | | |
|---|---|---|
| City | State | Zip Code |

Rev. 07/2019                                                                                                                4

## V. STATEMENT OF CLAIMS

### A. Claim 1

Date(s) of occurrence: 12/15/2023 11:15 A.M.

Place(s) of occurrence: McIntosh County criminal Justice Center 1425 Industrial Dr Eufaula OK 74432

State which of your federal constitutional or federal statutory rights have been violated:

5th & 14th Constitutional Admendments (Equal Protection / Due Process)

**Briefly** state the FACTS that support your case. Provide **a short and plain statement** of how each named defendant was personally involved in the violation of your constitutional rights and why you are entitled to relief from each named defendant. See Fed. R. Civ. P. 8(a). Do not cite case law.

FACTS: While At McIntosh County Jail I was Denied my rights to Access A Law Library By Sherriff Kevin ledbetter, Monica Smith And Mary Martin. By electronic Greviance Process Dec 12th & 13th, 2023 @ 11:15am & 1.Pm (13th) Informed me Per McIntosh County Policy & Procedure County jails are Not required to Provide Law Materials or Librarys. Which has hindered my Ability to defend myself while awaiting trial.

### B. Claim 2

Date(s) of occurrence: ____

Place(s) of occurrence: ____

State which of your federal constitutional or federal statutory rights have been violated:

____

FACTS: ____

Rev. 07/2019

5

### C. Claim 3

Date(s) of occurrence: _____

Place(s) of occurrence: _____

*State which of your federal constitutional or federal statutory rights have been violated:*

_____

**FACTS:**

_____

_____

_____

_____

### D. Claim 4

Date(s) of occurrence: _____

Place(s) of occurrence: _____

*State which of your federal constitutional or federal statutory rights have been violated:*

_____

**FACTS:**

_____

_____

_____

_____

## VI. RELIEF REQUESTED

*Briefly state what you want the Court to do for you. Do not make legal arguments or cite cases or statutes.*

I Am Demanding A Jury trial in this Matter. Monetary Compensation in the Amount of 1.5 Million Dollars. Also Punitive Damages. For Depravation of my Constitutional rights 3 threats to Segregate me for Asking for Law Library Access.

## VII. PRISONER'S LITIGATION HISTORY

*The "Three Strikes Rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if the prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

Have you brought any other lawsuits in federal court while a prisoner?   ☐ Yes   ☒ No

    If yes, how many? _____

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)
- Did the court assess a "Strike" or find the dismissal a "Prior Occasion" pursuant to 28 U.S.C.1915 (g).